FILED: August 24, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1396 (L)
(1:18-cv-00741-NCT-JLW)

_____

CHARLES WILLIS SHORT, individually and as Administrator of the Estate of Victoria Christine Short

        Plaintiff - Appellant

v.

J. D. HARTMAN, Sheriff of Davie County, in his individual and official capacity; CAMERON SLOAN, Captain, Chief Jailer with the Davie County Sheriff's Department, in his individual and official capacity; DANA KELLY RECKTENWALD, Lieutenant, Operations Supervisor of the Detention Center with the Davie County Sheriff's Department, in her individual and official capacity; TERESA MORGAN, a/k/a Teresa M. Godbey, Sergeant, Jailer-Detention Officer with the Davie County Sheriff's Department, in her individual and official capacity; CRYSTAL COOK MEADOWS, Sergeant, Detention Officer with the Davie County Sheriff's Department, in her individual and official capacity; MATTHEW TRAVIS BOGER, Jailer-Detention Officer with the Davie County Sheriff's Department, in his individual and official capacity; JOHN OR JANE DOES 1-5, Jailers-Detention Officers with the Davie County Sheriff's Department, in their individual and official capacities; WESTERN SURETY COMPANY; ANDREW C. STOKES, Sheriff of Davie County, in his individual and official capacity

        Defendants - Appellees

_____

O R D E R

_____

This case is calendared for oral argument on September 19, 2023. The parties are directed to file supplemental briefing addressing the following issues:

(1) Whether the purely objective test announced by the United States Supreme Court in Kingsley v. Hendrickson, 576 U.S. 389 (2015), applies, and, if so,

(2) If so, whether the proper disposition of this case is to remand for the court below to address, in the first instance, whether the objective test is met.

(3) This Court's recent decision in *Stevens v. Holler*, 68 F.4th 921 (4th Cir. 2023).

The parties shall file an electronic version and four paper copies of their supplemental briefs simultaneously and no later than the close of business on September 7, 2023.

                For the Court

                /s/ Patricia S. Connor, Clerk